

# Dodge City Community College
## AREA TECHNICAL SCHOOL

2501 North 14th Avenue   Dodge City, KS 67801-2399   (620) 225-1321   1-800-FOR-DCCC
www.dc3.edu

December 10, 2016

Student Name: Lyle VanNahmen
Student ID#: 605920
Address: 206 N. Main, Spearville, KS 67876

    This letter is to confirm in writing that you have been placed under temporary sanctions pending a conduct review hearing due to a reported violation of the Student Code of Conduct (Behavior Misconduct) on campus. You will be notified as to when your Student Code of Conduct hearing will take place. This is a formal, written warning.

1. Effective immediately, you have been temporarily <u>trespassed</u> Campus Wide (with only one exception noted below in #2). If you are observed on the Dodge City Community College (DCCC) campus or at any Dodge City Community College sponsored events, our security staff will be called and you may be subject to immediate removal from campus and arrested for criminal trespass (pursuant to K.S.A. 21-5808 and other applicable statues). Specifically, DCCC security will notify law enforcement officers from the Dodge City Police Department or the Ford County Sheriff's office that you are violating a trespass sanction and you may be subject to immediate arrest for trespass.

2. You are only permitted to attend your final exam for the A&P I course you are currently taking. You may only enter the Science/Math building to complete your exam. Your final is scheduled for Monday, December 12, 2016 at 7:00 p.m. to 9:30 p.m.

    Information regarding this sanction can be found in the Dodge City Community College Calendar/Handbook (Pg.77-84). If you have any further questions, please call Stephanie Lanning, Dean of Students at 620-227-9370.

Sincerely,

Stephanie Lanning
Dean of Students
Dodge City Community College

C:    Glenn I. Kerbs, College Attorney
       Beverly Temaat, VP of Student Services
       Keith Thomas, Chief Judicial Officer

DC3 Television is located in the Learning Resource Center and telecasts on Dodge City CATV Channel 8.

Mass Communications students staff the radio and TV stations. Other students and part-time students from the area and community are also welcome to take part in the station's programming, provided they are enrolled in a Radio/TV course.

## CODE OF CONDUCT

Dodge City Community College strives to create an academic community conducive to the proper functioning of the educational process and the development of each student. To create the atmosphere in which these goals can be pursued, the College maintains disciplinary rules and regulations. Protecting the functional integrity of the classroom and the campus educational environment is paramount to this endeavor.

Students are expected to behave in a manner that is conducive to the mission of the College. To accomplish its educational mission, members of the College community aspire to a standard that is higher than mere compliance with formalized College regulations and local, state and federal law. Dodge City Community College reserves the right to impose disciplinary sanctions for behavioral misconduct that occurs either on campus or off campus. Except for cases involving the possibility of suspension or expulsion from the College, informal hearings may be called at the discretion of the Dean of Students or designee for the purpose of fact finding and/or imposing sanctions for violations of the Code of Student Conduct. Such informal hearings may be held at any time and require no prior notification.

## REGULATIONS
### Alcohol

Kansas law prohibits the possession or consumption of any kind of alcohol on community college campuses. Dodge City Community College will uphold and enforce this law. Possession or consumption of alcoholic or cereal malt beverages is expressly forbidden on all property of Dodge City Community College or at any College sponsored activity.

If a student is found with alcohol or cereal malt beverages on property of Dodge City Community College or any College sponsored activity, the student will be placed on immediate probation. See the Code of Conduct section for violation sanctions.

### Drinking Laws - State of Kansas Legal Age

No person under the age of 21 years shall purchase, obtain, possess or consume cereal malt beverages or alcoholic liquor (3.2 percent or 6 percent beer, wine or hard liquor).

### Penalties for Violations

Violation of the laws concerning the possession, consumption, purchase or attempt to obtain or purchase alcoholic liquor or cereal malt beverages by a person 18 or more years of age but less than 21 years of age is a class C misdemeanor for which the minimum fine is $200. Further, the court is required to suspend the driving privileges of the offenders for 30 days upon a first conviction, 90 days upon a second conviction and one year upon a third or subsequent conviction. Any person, under the age of 18 years who possesses, consumes, purchases or attempts to obtain or purchase alcoholic liquor or cereal malt beverages is a juvenile offender under the Kansas Juvenile Justice Code and subject to a fine of not less than $200 nor more than $500.

### False Identification

It is unlawful for any person to display or possess a canceled, fictitious or fraudulently altered or fraudulently obtained identification card or driver's license.

It is unlawful to lend any driver's license to any other person or permit the use of a driver's license or identification card by another person.

It is unlawful to create or reproduce a driver's license or identification card.

Violation of the above laws is a class B nonperson misdemeanor and the violator shall be sentenced to not less than 100 hours of public service and fined not less than $200 nor more than

$500. On a second or subsequent conviction a person shall be guilty of a class A nonperson misdemeanor and subject to a fine of $2,500 and/or a jail sentence up to one year.

### Driving Under the Influence (DUI)

It is unlawful for any person 21 years of age or older to operate or attempt to operate a vehicle in this state with a breath or blood alcohol content of .08 or greater. (K.S.A. 8-1567)

It is unlawful for any person less than 21 years of age to operate or attempt to operate a vehicle in this state with a breath or blood alcohol of .02 or greater. (K.S.A. 8-1567a)

The penalties for DUI convictions are graduated in severity with each subsequent conviction. The penalties for each conviction may be found in the text of K.S.A. 8-1567 and K.S.A. 8-1567a which may be found in unedited format at kslegislature.org.

### Tobacco Products

As an educational community concerned for the health of its members, Dodge City Community College supports a tobacco-free environment. Use of tobacco products in any building owned or operated by Dodge City Community College including the residence halls and athletic facilities is prohibited except as outlined in this policy.

Use of tobacco products in any vehicle owned or leased by Dodge City Community College is prohibited. Smoking on campus is prohibited except in designated outside areas. No smoking will be permitted in any area of the Residence Halls. Smoking will be permitted in designated areas outside of the residence halls.

"Tobacco products" include cigarettes, e-cigs, cigars, pipes, or any other lighted smoking equipment, chewing tobacco, or snuff (smokeless tobacco).

Disposal of tobacco products shall be in designated receptacles located outside the buildings on the Dodge City Community College campus.

### Illegal Drugs

Dodge City Community College supports the enforcement of state and federal laws on controlled substances. Possession, use or distribution of narcotics or any other controlled substances is expressly prohibited.

Dodge City Community College has a zero tolerance policy for the possession, use or distribution of illegal drugs. If a controlled substance (illegal drug) is found on College prope1iy or at a College sponsored event, law enforcement will be notified and action taken pursuant to the Code of Conduct.

Dodge City Community College complies with the regulations and provisions of the Drug-Free Schools and Campuses Act.

### Penalties for Violations

K.S.A. 65-4160. Except as authorized by the uniform controlled substance act, it is unlawful for any person to possess or have under such person's control any opiates or narcotic drugs, or any stimulant designated in subsection (d)(l), (d)(3) or (f)(l) K.S.A. 65-4107. A person violating this statutory provision shall be guilty of a drug severity level 4 felony. If any person who violates this statutory provision has one prior conviction, then such person shall be guilty of a drug severity level 2 felony. Two or more prior convictions will result in a drug severity level 1 felony.

K.S.A. 65-4162. Except as authorized by the uniform controlled substances act, it is unlawful for any person to possess or have under such person's control any depressant, stimulant or hallucinogenic drug (as defined in K.S.A. 65-4105, 65-4107 or 65-4109). This includes substances commonly known as marijuana and methamphetamine. A person violating this statutory provision shall be guilty of a class A nonperson misdemeanor. If any person who violates this statutory provision has a prior conviction, then such person, shall be guilty of a drug severity level 4 felony.

K.S.A. 65-4164. Except as authorized by the uniform controlled substances act, it is unlawful for any person to possess , have under such person's control, prescribe , administer, deliver, distribute, dispense, compound, sell, offer for sale or have in such person's possession with intent to sell, deliver or distribute any controlled substance designated in K.S.A. 65-4113. A person violating this statutory provision shall be guilty of a class A nonperson misdemeanor, except such person shall be guilty of a drug severity level 4 felony if the substance was prescribed for or administered, delivered, distributed, dispersed, sold, offered for sale or possessed with intent to sell to a child under 18 years of age. The full text of all statutory provisions cited herein can be found in unedited format at kslegislature.org.

### Behavior Misconduct

Students are not to exhibit behavior that threatens any person, harms, or causes to place in harm, any person, or to conduct themselves in a lewd, indecent, obscene, offensive, or disorderly manner. The College is committed to the principle that all students may use and enjoy its educational and social activities and facilities free from harassment or intimidation on the basis of their gender, race, religion, or national origin. A student may be directed to desist from behavior which, in the opinion of a College official is intended to, or has the effect of, subjecting a fellow student to this type of harassment or intimidation. A student who persists in this behavior after being so directed may be subject to disciplinary action.

### Sexual Misconduct
### Purpose

Dodge City Community College is committed to providing a productive living and learning community in which students can pursue their educational goals. Sexual misconduct undermines this commitment and affects the ability of students to focus on their educational goals. Therefore, Dodge City Community College will not tolerate nor condone any form of sexual misconduct, whether physical, mental, or emotional in nature.

Where there is sufficient information/evidence to believe that the College's policies prohibiting sexual misconduct have been violated, the College will pursue strong disciplinary action through its own student conduct system. Even if law enforcement and criminal justice authorities choose not to prosecute a particular incident, the College may still pursue the incident as a student misconduct matter. Where it is determined that sexual misconduct is more likely than not to have occurred based upon a preponderance of the evidence, College disciplinary sanctions may include suspension, expulsion or any other sanction noted in the Student Code of Conduct.

### Definitions

Due to the sensitive and sometimes violent nature of incidents involving sexual misconduct the following definitions are provided for informational use by students and for guidance in the investigation and processing of alleged violations. It is possible that a particular action may constitute sexual misconduct even if not specifically mentioned in these examples:

Sexual Misconduct includes any sexual act that occurs without the effective consent of the other party and includes the following:

1. Sexual intercourse (vaginal, anal or oral penetration)
   - however slight
   - with any object
   - by a male or female whether an acquaintance or a stranger
   - without effective consent
2. Other sexual contact
   - attempted or actual touching
   -  of the genitalia, buttocks, breast, or clothing covering same
   -  without effective consent
3. Effective Consent is:
   - informed;
   - freely and actively given;
   - mutually understandable words or actions;
   - which indicate a willingness to participate in mutually agreed upon sexual activity.

**78**