

# DODGE CITY COMMUNITY COLLEGE
## and AREA TECHNICAL CENTER

2501 North 14th Avenue • Dodge City, Kansas 67801 • www.dc3.edu • (620) 225-1321 • 1-800-367-3222

March 5, 2017

Lyle VanNahmen
Student ID # 605920
206 N. Main
Spearville, KS  67876

Please accept this letter as written confirmation that a formal disciplinary hearing has been scheduled for **Wednesday, March 8th at 1:00 PM in the Ford County Room of the Student Union** (upper level) on the campus of Dodge City Community College (DCCC). The purpose of the disciplinary hearing is to determine your alleged involvement in violations of the DCCC Code of Conduct. These specific allegations are that you violated conduct expectations noted in the Behavior Misconduct (page 78) and Assault (page 80) sections of the Code of Conduct on or about December 5, 2017 and on or about December 8, 2017.  Specifically, the charges are as follows:

**Behavior Misconduct** (page 78), states *"Students are **not to exhibit behavior** that **threatens any person**, harms, or causes to place in harm any person or **conduct themselves in a** lewd, indecent, obscene, offensive, or **disorderly manner**."*

**Assault** (page 80), states *"Any actual or **threatened interference**, physical attack or sexual attack, physical or verbal harassment, **intimidation**, or personal abuse against any member of the College community is forbidden."*

Of special note:  Only the underlined and bolded provisions of each code of conduct section are included in the allegations/charges specifically related to your formal conduct review hearing.

According to the DCCC Code of Conduct, students can be held responsible for their behavior on or off campus. According to the DCCC 2016-2017 Handbook Code of Conduct (pp.77-84), Dodge City Community College reserves the right to impose disciplinary sanctions for failure to comply with the Code of Conduct and other college policies.  Based on the previously stated charges, the following temporary action was taken:

1. **Effective on December 10, 2016, you were temporarily <u>trespassed</u> Campus Wide (with only one exception noted below in #2). And you were notified that, if you were observed on the Dodge City Community College (DCCC) campus or at any Dodge City Community College sponsored events, our security staff would be called and**

(Continued)

you could be subject to immediate removal from campus and arrested for criminal trespass (pursuant to K.S.A. 21-5808 and other applicable statues). Specifically, DCCC security would notify law enforcement officers from the Dodge City Police Department or the Ford County Sheriff's office that you were in violation of a trespass sanction and you would be subject to immediate arrest for trespass.

2. You were permitted to attend your final exam for the A&P I course you were taking in the Fall 2016 semester. You were permitted to enter the Science/Math building to complete your exam that was scheduled by Professor Scott Thompson on Monday, December 12, 2016 from 7:00 p.m. to 9:30 p.m.

For the record, we are not aware of any violations on your part of your temporary trespass sanction that have occurred since December 10, 2016 and the date of this letter. Your campus trespass will be temporarily lifted in order for you to attend your hearing. You ae not permitted in other areas of the campus and may only enter to attend the hearing at the designated location and then should immediately leave the campus after the hearing is concluded.

Please review the DCCC Code of Conduct prior to your hearing in order to be familiar with the provisions and procedures. If you have any questions, please contact Vice President, Beverly Temaat at 620.227.9204 or ask your attorney to contact Glenn Kerbs at 620.225.0238.

Sincerely,

Beverly G. Temaat
Vice President of Student Affairs & Risk Management
C:   Glenn Kerbs, College Attorney