

# DODGE CITY COMMUNITY COLLEGE
## and AREA TECHNICAL CENTER

2501 North 14th Avenue • Dodge City, Kansas 67801 • www.dc3.edu • (620) 225-1321 • 1-800-367-3222

May 2, 2017

Lyle VanNahmen
Student ID # 605920
206 N. Main
Spearville, KS 67876

Lyle VanNahmen:

This letter is to confirm in writing the final disposition of the conduct review hearing that took place in the Student Union Ford County Room at Dodge City Community College (DCCC) on Tuesday, April 25th, 2017. Your conduct and behavior on the campus during the end of the fall 2016 semester violated the DCCC Code of Conduct. Specifically, you *"exhibited behavior that threatened harm to college employees"* and *"conducted yourself in a disorderly manner"* causing the college and several employees to take action and alter normal operations for safety reasons. Furthermore, your actions demonstrated *"threatened interference"* and *"intimidation"* towards college employees who were fulfilling normal work responsibilities. **Based on your failure to comply with the Code of Conduct, the following action is being taken:**

1. Effective immediately, you are suspended from Dodge City Community College for a period of approximately four years (until December 31st, 2020). You are no longer permitted to continue your academic classes at Dodge City Community College.

2. Effective immediately, during the approximate four year suspension period, you are trespassed from all areas of the Dodge City Community College Campus. Trespass entails that you not be in any building, on college property, or at any College sponsored event (including athletic events or activities on or off campus) at any time, for any reason. If you are observed in any of the buildings, on the property, or at an event or activity, our security staff will be called and you may be subject to immediate removal from campus and arrest for criminal trespass (pursuant to K. S. A. 21-3721 and other applicable statutes). Specifically, DCCC security will notify law enforcement officers from the Dodge City Police Department or the Ford County Sheriff's office that you are violating a trespass sanction and you may be subject to immediate arrest for trespass.

3. If, at any time after December 31st, 2020, you would like to re-enroll as a student, you should first make arrangements at your own expense, to receive an assessment from an approved, licensed Counseling professional related to interpersonal relationships, difficulties dealing with persons of authority, and anger management issues specific to your conduct on campus during the fall 2016 semester. You should provide the results of such assessment to college officials to determine the conditions



# DODGE CITY COMMUNITY COLLEGE
### and AREA TECHNICAL CENTER

2501 North 14th Avenue • Dodge City, Kansas 67801 • www.dc3.edu • (620) 225-1321 • 1-800-367-3222

**and requirements related to approval for re-enrollment. You should also abide by all recommendations arising from such assessment and provide a release of information that permits your counselor to discuss your assessment and/or treatment (if required) on a continuing basis with appropriate college officials.**

Mr. VanNahmen, you have certain rights related to this suspension and trespass sanction. Please review the information found in the Code of Conduct in the Calendar/Handbook that was previously provided to you and your advisor (attorney). Specific instructions related to your rights are contained on page 82 of the Dodge City Community College 2016-2017 Calendar/Handbook. If you have any further questions, please ask your advisor (Peter Antosh) to contact Vice President Temaat at 620.227.9204 or Glenn Kerbs, College Attorney at 620.225.0238.

Sincerely,

*Beverly Temaat*

Beverly Temaat
Vice President of Student Affairs & Risk Management

C: Glenn Kerbs, College Attorney
    Judicial Conduct Office