# DODGE CITY COMMUNITY COLLEGE
## BEFORE THE JUDICIAL HEARING BOARD

*In the Matter of*

**LYLE VANNAHMEN**  DCCC Case No. 16-055

*in Disciplinary Proceedings*

## RESPONDENT'S NOTICE OF APPEAL

COMES NOW Respondent Lyle VanNahmen by counsel Peter J. Antosh and appeals the May 2, 2017 final disposition of the conduct review hearing that took place on Tuesday April 25th, 2017.  Respondent notes that this notice of appeal is filed more than five (5) business days after May 2, 2017; however, counsel for Respondent first received the May 2, 2017 disposition letter on June 6, 2017.

Respondent suggests that the sanction of four years' suspension is excessively severe.

Respondent suggests procedural irregularities in the original hearing, to wit: lack of an impartial tribunal, lack of any record of findings of facts, bring into question the original findings.

Respondent requests that the final disposition be completely reversed and the case against Mr. VanNahmen be immediately dismissed.

Respectfully Submitted,

GARCIA & ANTOSH, LLP
1401 Central
Dodge City, Kansas 67801
(620) 225-7400  P
(620) 225-4339  F

By: _____
Peter J. Antosh     #21334
*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June 2016 I emailed the above and foregoing notice to Ms. Beverly Temaat and Mr. Glenn I. Kerbs; *not* to DCCC President Harold Nolte, per prior agreement that normal appeal procedure (president's review) would not be appropriate here.

_____
Peter J. Antosh