

**DODGE CITY COMMUNITY COLLEGE & AREA TECHNICAL CENTER**

2501 North 14th Ave. • Dodge City, KS 67801-2399 • (620) 225-1321 • 1-800-FOR-DCCC • www.dc3.edu

June 30, 2017

Lyle VanNahmen
Student ID # 605920
206 N. Main
Spearville, KS  67876

Lyle VanNahmen:

This letter is to notify you in writing that I have reviewed your appeal related to the final disposition and sanctions of the conduct review panel. After careful review and in accordance with Dodge City Community College policy, I uphold the decision (with no revisions) and all sanctions noted in the conduct review panel's final disposition letter.

Sincerely,

Ryan Ausmus
Dean of Workforce Development & Title V