FILED
U.S. District Court
District of Kansas

SEP 0 6 2018

Clerk, U.S. District Court
By _____ Deputy Clerk

THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LYLE VANNAHMEN, )
              Plaintiff, )
)
vs. ) CASE #: 17-cv-1174
DODGE CITY COMMUNITY COLLEGE )
              Defendant )
_____ )

### EXHIBIT TO DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Comes now the defendant Dodge City Community College and conventionally files the attached DVD, as Exhibit E to its Memorandum in Support of Motion for Summary Judgement, pursuant to the court's Order, ECF Document 30.

                          WATKINS CALCARA, CHTD.

                          /s/    ALLEN G. GLENDENNING
                                Allen G. Glendenning, #12187
                                1321 Main - Suite 300
                                P.O. Drawer 1110
                                Great Bend, Kansas 67530
                                (620) 792-8231; aglenden@wcrf.com
                                Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2018, I filed the above and foregoing Exhibit to Defendants' Memorandum in Support of Motion for Summary Judgment to Defendant's Motion for Summary Judgment by mailed, postage prepaid and properly addressed, to:

Peter Antosh
GARCIA & ANTOSH, LLP
1401 Central Ave.
Dodge City, KS 67801

Clerk of the Court
United State Courthouse
401 N. Market, Suite 204
Wichita, KS 67202

/s/    ALLEN G. GLENDENNING
Allen G. Glendenning, #12187