THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LYLE VANNAHMEN, )
        Plaintiff, )
)
vs. ) CASE #: 17-cv-1174
DODGE CITY COMMUNITY COLLEGE )
        Defendant )
_____)

## STIPULATION OF DISMISSAL

NOW ON THIS 8th day of May, 2019, comes the plaintiff by and through his attorney Peter Antosh of the law firm of Garcia & Antosh, LLP and the defendant, by and through its attorney, Allen G. Glendenning of the law firm of Watkins Calcara, Chtd., in the above-captioned matter and enter into this Stipulation of Dismissal.

The parties stipulate that they have settled their differences and that all claims asserted herein or that could have been asserted herein should be dismissed with prejudice and that each party in the action bear its own costs.

APPROVED:

GARCIA & ANTOSH, LLP
1401 Central Ave.
Dodge City, KS 67801
620 225 7400;  pja22@yahoo.com
Attorneys for Plaintiff

/s/      PETER ANTOSH
       Peter Antosh, #21334

WATKINS CALCARA, CHTD
1321 Main - Suite 300
Great Bend, Kansas 67530
620 792 8231; aglenden@wcrf.com
Attorneys for Defendant

/s/      ALLEN G. GLENDENNING
       Allen G. Glendenning, # 12187